**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 05-1548**

MICHAEL J. SINDRAM,

Plaintiff - Appellant,

versus

JOHN ZACKER,

Defendant - Appellee.

**No. 05-1694**

MICHAEL J. SINDRAM,

Plaintiff - Appellant,

versus

JOHN ZACKER,

Defendant - Appellee.

**No. 05-1718**

MICHAEL J. SINDRAM,

Plaintiff - Appellant,

versus

JOHN ZACKER,

                                    Defendant - Appellee.

_____

Appeals from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
05-1205-PJM)

_____

Submitted:  September 27, 2005      Decided:  September 29, 2005

_____

Before LUTTIG, MOTZ, and DUNCAN, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Michael J. Sindram, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

In these consolidated appeals, Michael J. Sindram appeals a district court order and judgment dismissing without prejudice his civil rights complaint, denying a motion for a temporary restraining order and denying a motion for clarification and modification.  In dismissing without prejudice Sindram's complaint, the court instructed Sindram as to the deficiencies in the complaint and how they may be cured.  Because Sindram may refile his complaint, the dismissal order is interlocutory and not appealable.  See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066-67 (4th Cir. 1993).  Likewise, we dismiss the appeals from the orders denying his motion for a TRO and denying his motion for clarification.  Accordingly, we dismiss the appeals for lack of jurisdiction.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED